JUDGE FORMAN

# DOCUMENTS TO BE SEALED

## PLAINTIFF

### -V-

## DEFENDANT

FILED
U.S. DISTRICT COURT
2019 DEC -3 PM [?]
S.D. OF N.Y.

**DOCKET NUMBER:** 19 CV 11078

**DATE FILED:** DEC 0 3 2019

**SIGNED BY:** JUDGE MARRERO

**DATE SIGNED:** NOV 2 7 2019

**TO BE FILED UNDER SEAL:**

____ ENTIRE ACTION

✓ COMPLAINT / PETITION ONLY

____ OTHER DOCUMENTS / EXHIBITS