UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
THE ESTATE OF MICHAEL HEISER et al.,                                   :
                                                                       :
                                         Petitioners,                  :
                                                                       :      19-CV-11078 (JMF)
                   -v-                                                 :
                                                                       :      ORDER
[REDACTED THIRD PARTY GARNISHEE],                                      :
                                                                       :
                                         Respondent.                   :
                                                                       :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated on the record at the conference held on December 13, 2019, the Court will reserve judgment on whether to continue maintaining the documents filed in this case under seal until the U.S. Treasury Department's Office of Foreign Assets Control ("OFAC") has had an opportunity to address the issue. To the extent that OFAC believes the documents filed in this case (and any future documents filed in this case) should remain under seal or be filed in redacted form, it shall, no later than **December 23, 2019**, submit a letter explaining why doing so is consistent with the presumption in favor of public access. *See generally Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006). If OFAC believes there is a basis to file its letter under seal or in redacted form, it should follow the procedures set forth in the Court's Individual Rules and Practices, available on the Court's website.) In the absence of a letter from OFAC, because the parties to this case have no objection to unsealing the record in its entirety, the Court will enter an order unsealing all of the previously filed documents.

      In addition, as stated at the same conference, Respondent's deadline to answer is EXTENDED to **January 29, 2020**. Within **one week of the answer being filed**, the parties shall submit a joint letter indicating their views on how this litigation should proceed and whether the Court should schedule a conference in the case.

      Petitioners shall serve a copy of this Order on OFAC (either directly or through its counsel at the Department of Justice), Respondent, and counsel for Judgment Debtors either by e-mail or via overnight courier **within one business day of the date of this Order**, and file proof of such service **within two business days of service** (if appropriate, under seal.

      SO ORDERED.

Dated: December 13, 2019  
      New York, New York                             _____  
                                                                         JESSE M. FURMAN  
                                                                   United States District Judge